No. 10–5981. COLINDRES-COMELLI *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10–5982. PONCIANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5987. WEST *v.* CABRAL. C. A. D. C. Cir. Certiorari denied.

No. 10–5990. COSEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5992. ROBERTSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5995. HOFUS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6000. DIMARCO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–6002. CROMPTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6003. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6004. CARROWAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6005. FIFER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6013. MARDIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6028. ROSSATY, AKA ROSSATTI MENDEZ, AKA ROSSATTY *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10–6030. MCMICKENS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6046. ALFONZO ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.